**Order entered April 9. 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01118-CV**

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02704-2020**

**ORDER**

Before the Court is the April 8, 2021 request of Linda Patrizio, Collin County Deputy Clerk, for an extension of time to file the clerk's record. Ms. Patrizio informs the Court that appellant has paid the fee for the clerk's record. Accordingly, we **GRANT** the request and extend the time to **April 12, 2021**.

/s/    BONNIE LEE GOLDSTEIN
           JUSTICE